UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>  Plaintiff,<br><br>  v.<br><br>Tahoe Inn, LLC, a Delaware Limited Liability Company; and Does 1-10,<br><br>  Defendants. | Case: 2:13-CV-02533-JAM-DAD<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

## **ORDER**

Having read the foregoing notice and good cause appearing therefore, this action is hereby ordered dismissed with prejudice.

Dated:  4/22/2014          /s/ John A. Mendez
                           HONORABLE JOHN A. MENDEZ
                           UNITED STATES DISTRICT COURT JUDGE